Decided May 22, 2007

DEBORAH L. DONALDSON *v.* CONTINUUM OF CARE, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 94 Conn. App. 334 (AC 25908), is denied.

*Nathan Julian Shafner,* in support of the petition.

*Jason M. Dodge,* in opposition.

Decided May 29, 2007